IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  07-3287 |
| ) | |
| THOMAS DORSEY, ) | |
| ) | |
| Defendant. ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Plaintiff's Motion for Default Judgment.

Pursuant to Federal Rule of Civil Procedure 55 and the Standing Order of this Court dated October 16, 1985, the United States Magistrate Judge entered an Order of Default against Defendant.  The Court has reviewed the file and concurs with the United States Magistrate Judge's findings that Plaintiff duly filed and served its Complaint upon Defendant Thomas Dorsey, and that Defendant has failed to answer or otherwise plead within the statutory time frame.  Accordingly, upon Plaintiff's Motion, the Court finds that Plaintiff is entitled to a Default Judgment against

Defendant.

THEREFORE, Plaintiff's Motion for Entry of Default Judgment is ALLOWED. Plaintiff is hereby awarded a Default Judgment against Defendant as follows:

Judgment is entered in favor of Plaintiff and against Defendant in the amount of $121,461.74 ($108,882.04 principal, $12,229.70 agency accumulated interest, plus $350.00 court costs), together with additional interest at the rate of 6.88% from September 11, 2007, until the date of this Judgment (i.e., $20.51 per day), and with future costs and interest from the date of Judgment at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded annually until paid in full.

IT IS THEREFORE SO ORDERED.

ENTER:  February 7, 2008

    FOR THE COURT:

                                          s/ Jeanne E. Scott
                                          JEANNE E. SCOTT
                                UNITED STATES DISTRICT JUDGE